# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SERGE HAITAYAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> 7-ELEVEN, INC., a Texas corporation, <br><br> Defendant. | Case No. 2:18-cv-5465 DSF (ASx) <br><br> **FINAL JUDGMENT IN FAVOR OF DEFENDANT 7-ELEVEN, INC.** |

The remaining claims asserted by the Plaintiffs in this matter were tried to the Court on March 23 and March 24, 2021. Having heard and reviewed the evidence and having considered the parties' post-trial submissions, the Court entered its Findings of Fact and Conclusions of Law After Court Trial on September 8, 2021, finding for Defendant 7-Eleven, Inc. ("7-Eleven") on all remaining claims asserted by the Plaintiffs in this matter. Dkt. 205. In accordance with those findings, judgment is hereby entered in 7-Eleven's favor on all of Plaintiffs' remaining claims. Therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of 7-Eleven and against Plaintiffs on Plaintiffs' First Amended

1 | Complaint.  Plaintiffs shall take nothing by way of their First Amended Complaint, and
2 | this action is dismissed with prejudice.
3 |      IT IS SO ORDERED.
4 | DATED: October 1, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE